UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT RICHARDSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> INNOVASIS, INC., DR. BRENT A. FELIX, and GARTH L. FELIX, <br><br> *Defendants*. | Civil Action No.: 3:19-CV-2440-X |

## ORDER

Pending before the Court in this False Claims Act case is the Government's Notice of Settlement and Request to Unseal, filed on May 22, 2024, in which the Government states that a settlement agreement that will resolve this action has been executed. It is therefore **ORDERED** that the following documents shall be unsealed and publicly docketed by the clerk: the Complaint (filed October 15, 2019), the Government's Intervention Notice (filed on October 25, 2023), the Government's Notice of Settlement and Request to Unseal (filed May 22, 2024), and this order. All other documents filed in this action prior to the date of this order shall remain under seal. The seal shall also be lifted going forward such that all papers filed in this action after the date of this order shall not be sealed, unless separately ordered by the court.

The Government and Relator are **ORDERED** to file appropriate papers within 60 days of the date of this order to effectuate the dismissal of this action. If no papers are filed, after 60 days have elapsed from the issuance of this order, the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties subject to the parties' right to reopen the litigation within those 60 days if the settlement is not consummated. The Court **INSTRUCTS** the clerk of court to close this case. Each party bears its own attorney's fees and costs.

**IT IS SO ORDERED** this 29th day of May, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE